No. 493, Misc.   KRUSE v. RAGEN, WARDEN.   Supreme Court of Illinois.   Certiorari denied.   Motion for leave to file petition for writ of habeas corpus also denied.

No. 756.   FISHER v. PACE, SHERIFF.   Supreme Court of Texas.   Certiorari granted.   *Dan Moody, Chas. L. Black, Everett L. Looney* and *Edward Clark* for petitioner.   *Quentin Keith* for respondent.

No. 644.   WETZEL v. SCHAEFER.   C. C. A. 5th.   Certiorari denied.

No. 697.   ALKER ET AL. v. FEDERAL DEPOSIT INSURANCE CORPORATION.   C. C. A. 3d.   Certiorari denied.   *Edwin Hall, 2d* and *Harry J. Alker, Jr.* for petitioners.   *Norris C. Bakke* and *John L. Cecil* for respondent.

No. 706.   CONE v. WEST VIRGINIA PULP & PAPER Co.   C. C. A. 4th.   Certiorari denied.   *H. Wayne Unger* and *W. J. McLeod, Jr.* for petitioner.   *Christie Benet, J. B. S. Lyles* and *Charles W. Waring* for respondent.

No. 713.   UNITED STATES v. SUNSWICK CORPORATION.   Court of Claims.   Certiorari denied.   *Solicitor General Perlman* for the United States.   *Edgar A. B. Spencer* for respondent.

No. 718.   GARLINGTON ET AL. v. WASSON ET AL.   C. C. A. 5th.   Certiorari denied.   *Elmer McClain* and *William Lemke* for petitioners.   *Clyde E. Thomas* for respondents.